■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PRINCE NORDE, Appellant.—Judgment, Supreme Court, New York County, rendered June 22, 1973, convicting defendant of robbery in the third degree and grand larceny in the third degree, and sentencing him to concurrent indeterminate terms of imprisonment aggregating up to seven years, unanimously modified, on the law, to the extent of reversing the conviction on the grand larceny count, dismissing that count of the indictment and, as so modified, the judgment is affirmed. The People concede that grand larceny in the third degree is an inclusory, concurrent count of robbery in the third degree. The verdict of guilty of robbery requires a dismissal of the lesser grand larceny count *(People v Pyles,* 44 AD2d 784). We have examined the other points raised by the appellant and find them to be without merit. Concur—Stevens, P. J., Markewich, Murphy, Lupiano and Lane, JJ.

■ CALVIN E. BELL et al., Appellants, v LOUIS I. POKRASS et al., Respondents.—Order, Supreme Court, New York County, entered July 2, 1975, denying plaintiffs' motion for a temporary injunction, unanimously affirmed. Respondents shall recover of appellants $40 costs and disbursements of this appeal. The temporary injunction was properly denied, plaintiffs not having shown a clear right to the relief requested. Moreover, since in any event the Chase Manhattan Bank may not be prevented from selling the subject stock to a third party, the relief sought by plaintiffs is of no avail. And finally, it appears that plaintiffs have an adequate remedy at law. Concur—Lupiano, J. P., Tilzer, Lane and Nunez, JJ.